# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Jamara Dwayne Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00405-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte-Mecklenburg Police | ) | |
| Department,  Wells Fargo Bank, N.A.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2013 Order.

November 22, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court