UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-405-FDW

| JAMARA DWAYNE JOHNSON, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| WELLS FARGO BANK, N.A., CHARLOTTE-MECKLENBURG POLICE DEPARTMENT, | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Reconsideration. (Doc. No. 13).

Plaintiff Jamara Dwayne Johnson is a federal inmate, currently serving a sentence after being convicted of possession, with intent to defraud, of fifteen or more counterfeit or unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3). Plaintiff filed this action on July 12, 2013, pursuant to 42 U.S.C. § 1983, naming as Defendants Wells Fargo Bank and Charlotte Mecklenburg Police Department. (Doc. No. 1 at 2). Plaintiff purported to bring various claims against Defendants arising out of the fact that certain financial accounts belonging to Plaintiff were frozen and he was unable to access the funds. On November 22, 2013, the Court dismissed this action for failure to state a claim.

On April 8, 2014, Plaintiff filed the pending motion for reconsideration, which he identifies as being brought as a motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure. In the motion, Plaintiff complains that he should have been allowed to

1

amend his complaint when he sought to amend it. Plaintiff contends that he had the right to amend his complaint at least once. Plaintiff did not file a motion to amend, however, until February 19, 2014, almost three months after this action had already been dismissed. Plaintiff had no right to amend the complaint once this Court had already entered judgment dismissing his action.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 13), is **DENIED**.

Signed: December 11, 2014

Frank D. Whitney
Chief United States District Judge